IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|   Plaintiff-Appellee, | ) |
| | ) |
| v. | )   No. <u>25-6212</u> |
| | ) |
| KEVIN KEES, | ) |
| | ) |
|   Defendant-Appellant. | ) |

## <u>MOTION TO DISMISS</u>

Pursuant to 10th Cir. R. 27.3(A)(1)(a), the United States moves to dismiss this appeal for lack of jurisdiction. The appellant, Kevin Kees, seeks to appeal an order entered by United States Magistrate Judge, Shon T. Erwin, on December 18, 2025, denying his release from detention pending trial. *See* Doc. 1 (Notice of Appeal). The order is not a final order for purposes of 28 U.S.C. § 1291.

### <u>Facts</u>

On December 9, 2025, a Criminal Complaint was filed in the United States District Court for the Western District of Oklahoma, alleging that Mr. Kees made a false statement during the purchase of a firearm, in

violation of 18 U.S.C. § 922(a)(6).[1]  Attachment 1 (Criminal Complaint). Mr. Kees was arrested on December 15, 2025. Attachment 2 (Arrest Warrant).  On December 18, 2025, a magistrate judge held a detention hearing and ordered Mr. Kees detained pending trial.  Attachment 4 (Order of Detention Pending Trial).  Mr. Kees filed a Notice of Appeal on December 30, 2025, giving notice of his intent to appeal the magistrate judge's order.  Doc. 1 (Notice of Appeal).

## Discussion

**I.     This Court lacks jurisdiction over this appeal because the December 18, 2025 order is not a final order.**

Mr. Kees seeks to appeal the magistrate judge's order detaining him pending trial.  An appeal from a magistrate's detention order is governed by 18 U.S.C. § 3145(b), which provides: "If a person is ordered detained by a magistrate judge, . . . the person may file *with the court having original jurisdiction over the offense*, a motion for revocation or amendment of the order." (emphasis added).  The court having original

---

[1]     On December 18, 2025, the Complaint was amended to include a charge of illegal receipt of a firearm by a person under Indictment in violation of 18 U.S.C. § 922(n).  Attachment 3 (Amended Criminal Complaint).

jurisdiction over a criminal offense is the district court. *See* 18 U.S.C. § 3231. Thus, an appeal from a magistrate's detention order must be filed in the first instance with the district court. *Cf. United States v. Cisneros*, 328 F.3d 610, 615–16 (10th Cir. 2003) (explaining that review of a § 3145(a) motion "should be considered and ruled upon in the first instance by a district judge in the court of original jurisdiction"). A district court's review of a magistrate's detention order is de novo. *Cf. Gale v. City and County of Denver*, 962 F.3d 1189, 1195 (10th Cir.2020).

An appeal of a detention order to the court of appeals is governed by 18 U.S.C. 3145(b), which provides that an appeal from a release or detention order is governed by the provisions of 28 U.S.C. § 1291, which states that "[t[he court of appeals . . . shall have jurisdiction of appeals from all *final* decisions of the district court." (emphasis added). In light of § 3145(b), and the fact that the district court's review is de novo, a magistrate judge's order of detention is not a final order. *See United States v. Harrison*, 396 F.3d 1280, 1281 (2d Cir. 2005) ("A magistrate judge's ruling on a § 3145 motion . . . is not 'final' for purposes of § 1291 because it is subject to review by the district court judge overseeing the case."); *see also United States v. McKeighan,* 243 F. App'x 447, 448 (10th

Cir. 2007) (dismissing appeal from a magistrate judge's detention order for lack of jurisdiction).

## Conclusion

Because the magistrate judge's December 18, 2025 order is not a final order, this Court lacks jurisdiction under 28 U.S.C. § 1291, and this appeal should be dismissed.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


*s/ Laney Ellis*
LANEY ELLIS
Special Assistant U.S. Attorney
Bar Number: 35594 (OK)
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (office)
(405) 553-8888 (fax)
Laney.Ellis@usdoj.gov

**Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements**

As required by Fed. R. App. P. 32(g), I certify that this motion is proportionally spaced and contains 597 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I relied on my word processor to obtain the count and it is: Microsoft Word 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.

*s/Laney Ellis*
Special Assistant U.S. Attorney